1

2

3

4

5

6

**United States District Court**
**For the Northern District of California**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARY L. FLEMING,

        Plaintiff,

  v.

A. SCHWARZENEGGER, et al.,

        Defendants.
_____/

No. C 08-05011 CW (PR)

ORDER GRANTING PLAINTIFF'S
REQUEST FOR EXTENSION OF TIME
TO FILE AN AMENDMENT TO THE
COMPLAINT

Plaintiff, a state prisoner, filed the instant pro se prisoner complaint under 42 U.S.C. § 1983. On July 6, 2009, the Court issued an Order in which Plaintiff was directed to amend his claims against Defendants Schwarzenegger, Jones and Evans within thirty days. He was directed to file his amendment to the complaint within the thirty-day deadline, and that the failure to do so would result in dismissal of the claims against these Defendants without prejudice.

Before the Court is Plaintiff's request for an extension of time to file his amendment to the complaint.

Good cause appearing, the request is GRANTED. Plaintiff shall file his amendment to the complaint no later than thirty (30) days from the date of this Order. Plaintiff may amend only the claims

against Defendants Schwarzenegger, Jones and Evans and not the entire complaint.  He must clearly label the document an "Amendment to the Complaint," and write in the case number for this action, Case No. C 08-05011 CW (PR).  The failure to do so on or by the thirty-day deadline will result in the dismissal of the claims against these Defendants without prejudice.

IT IS SO ORDERED.

Dated:   7/15/09

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GARY L FLEMING,

        Plaintiff,

  v.

A SCHWARZENEGGER et al,

        Defendant.

_____/

Case Number: CV08-05011 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 15, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gary Lee Fleming T-29495
Salinas Valley State Prison
P.O. Box 1050
B-5-109W
Soledad,  CA 93960-1050

Dated: July 15, 2009

                    Richard W. Wieking, Clerk
                    By: Sheilah Cahill, Deputy Clerk

**United States District Court**
For the Northern District of California

3