UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GARY L FLEMING,<br><br>          Plaintiff,<br><br>   v.<br><br>A SCHWARZENEGGER et al,<br><br>          Defendant.<br>_____/ | Case Number: CV08-05011 CW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 4, 2010, I SERVED a true and correct copy(ies) of the Order Denying Defendants' Motion to Dismiss, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gary Lee Fleming T-29495
Salinas Valley State Prison
P.O. Box 1050
B-5-109W
Soledad, CA 93960-1050

Dated: August 4, 2010

                                                Richard W. Wieking, Clerk
                                                By: Ronnie Hersler, Adm Law Clerk