IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY LEE FLEMING,** | Case No. C 08-5011 CW |
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION TO CHANGE TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| **A. SCHWARZENEGGER,** | |
| Defendants. | |

    Defendants Muniz, Lee, Grannis, and Neotti have requested a thirty-day extension of the Court's September 1, 2010 deadline to file their motion for summary judgment. This Court, having considered the motion and accompanying declaration in support, GRANTS Defendants' Motion to Change Time. Defendants shall file their motion for summary judgment no later than October 1, 2010.

Dated: __8/23/2010_____  _____
                                                                        The Honorable Claudia Wilken