**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARY LEE FLEMING,              No. C 08-5011 CW (PR)

    Plaintiff,              JUDGMENT

  v.

EDMUND G. BROWN, et al.,

    Defendants.
_____/

    For the reasons set forth in this Court's prior Order Granting Defendants' Motion for Summary Judgment (Docket no. 46), and Order of today's date Granting Defendant Governor Brown's Motion for Summary Judgment,

    IT IS ORDERED AND ADJUDGED that judgment is hereby entered in favor of all Defendants, that Plaintiff take nothing by way of his complaint, and that all parties bear their own costs.

    IT IS SO ORDERED.

DATED: 3/13/2012

                                CLAUDIA WILKEN
                                United States District Judge